**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BENJAMIN COLUCCI, and | ) |
| DEANNA COLUCCI, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF DEL CITY POLICE DEPARTMENT, | )  Case No. CIV-21-00363-JD |
| CITY OF DEL CITY, | ) |
| POLICE CHIEF STEVE ROBINSON, | ) |
| MAJOR TED KLEBER, | ) |
| OFFICER MIKE GRAY, | ) |
| THOMAS LEATHERBEE, | ) |
| THERESA TOUCHET, | ) |
|     Defendants. | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now, the Plaintiffs, by and through their attorney, Beau Phillips and for their response to the Courts Order to Plaintiffs to Show Cause submit the following:

1. Plaintiffs' Counsel is licensed, but does not ordinarily practice in the Western District. After handling the initial municipal citations and condemnation proceeding against the Plaintiffs, Counsel assisted the Plaintiffs in finding counsel more experienced in the Federal courts and specifically with 1983 actions. Unfortunately, said attorney withdrew due to a conflict and the Plaintiffs returned to Counsel with the statute of limitations looming.

2. Counsel timely filed the Petition, but due to miscommunication within the office, the Summons and the task of completing service were overlooked.

3.  Counsel is very active in the Oklahoma state court system and participated in multiple jury trials during this time period.

4.  Since the filing of the action, the statute of limitation has lapsed.  A dismissal, even without prejudice, would materially harm the Plaintiffs.

5.  Federal Rule of Civil Procedure 4(m) allows that even without a showing of good cause, the Court may "order that service by made within a specified time."  If this Court was to Order that Service be completed within 30 days, or as the Court deems adequate, the Plaintiffs will comply.

WHEREFORE, Plaintiffs request this Court find good cause and extend the time for service or, in the alternative, order that service be made within a specified time under Fed. R. Civ. P. 4.

Respectfully submitted,

s/ Beau D. Phillips

_____
Beau D. Phillips OBA # 21997
Attorney for Plaintiffs
2525 N.W. Expressway Suite 220
Oklahoma City, OK  73112
405-626-7351
BP.Legal@yahoo.com